UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT
_____

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of June, two thousand and seventeen.

Before:  John M. Walker, Jr.,
     Gerard E. Lynch,
     Raymond J. Lohier, Jr.,
      *Circuit Judges.*

_____

Sherin Ahmed,

  Plaintiff - Appellant,

**STATEMENT OF COSTS**
Docket No. 16-1389

v.

Astoria Bank, FKA Astoria Federal Savings and Loan Association,

  Defendant – Appellee.

_____

  IT IS HEREBY ORDERED that costs are taxed in the amount of $1,926.40 in favor of the Appellant.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 06/20/2017