# THE ABOUSHI LAW FIRM, PLLC

**1441 Broadway Fifth Floor**
**New York, NY 10018**
**Phone: (212) 391-8500**
**Fax: (212) 391-8508**
**www.Aboushi.com**

---

September 08, 2017

**VIA ECF**
Hon. Jack B. Weinstein, U.S.D.J.
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                     **Re: Ahmed v. Astoria Bank, et al.**
                          **Civ. No. 14-CV-04595**

Dear Judge Weinstein,

      Our office represents Plaintiff in the above referenced matter. We write to respectfully request that this matter be re-opened, as the settlement has not been consummated and that interest be imposed upon Defendants for deliberately frustrating settlement.

      On July 12, 2017 the parties informed the court that a settlement had been reached in principle and that the parties were finalizing the settlement. The parties further requested that the Court stay the deadlines previously set in this matter while the terms of the settlement agreement are finalized. Thereafter, the parties continued to negotiate the terms of settlement, which was prolonged in large part due to Defendants' representative being on vacation and then refusing to change terms that were blatantly inappropriate. On August 22, 2017, the parties agreed to all terms and Plaintiff executed the settlement agreement and delivered it to Defendants' Counsel.

      As of yesterday, September 07, 2017, Defendants' representative is again out of the office until sometime next week and Defendants have not executed the agreement. Plaintiff has made a good faith effort to negotiate and execute settlement without invoking assistance from the court unnecessarily. Plaintiff interprets Defendants' lackadaisical behavior as a means to frustrate and delay bringing this case to a close.

      Plaintiff respectfully request that this matter be re-opened and that the Court impose interest upon Defendants from July 12, 2017.  We thank Your Honor for your time and attention to this matter.

                                              Respectfully submitted,

                                                   /s/
                                            Tahanie A. Aboushi, Esq.

cc: VIA ECF

Kimberly N. Dobson, Esq.
Mark S. Mancher, Esq.
*Counsel for Defendants*